```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| EDNA MEA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV42 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's application to proceed in *forma pauperis,* filing no. 2, is granted and plaintiff shall be allowed to proceed without payment of filing fees and fees for service of process.

The marshal is directed to serve process without payment of fees and expenses.

DATED this 6th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge