IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDNA MEA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV42 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's unopposed motion to continue, (filing no. 24), is granted.

2) The briefing dates are extended as follows:

   a. Defendant shall file a brief by September 21, 2009;

   b. Plaintiff may file a reply brief by October 5, 2009;

   c. This case shall be ripe for decision on October 6, 2009.

DATED this 24th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge